IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WADE BELL,

                                     Petitioner,

      v.

ATTORNEY GENERAL OF THE
STATE OF WISCONSIN,

                                       Respondent.

ORDER

15-cv-649-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Petitioner Wade Bell has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. It is not clear what he is complaining about, but it appears that it may be the revocation of a period of supervised release.

       Because it is unclear what petitioner is contesting, I will ask him to submit a revised petition stating clearly what conviction he is challenging. If it is the revocation of his extended supervision, he should explain what he thinks was illegal about the revocation. Also, he should keep in mind that this court cannot hear a challenge to a state conviction or sentence until the person challenging the conviction or sentence has given the state courts a full opportunity to rule on the challenge. From my reading of the petition, I believe that petitioner is saying that he has been waiting for a decision from Judge Moran on the legality of his revocation. If this interpretation is correct, then before this court can hear his case, he must obtain a decision from Judge Moran. In addition, if that decision is not favorable

1

to him, he must take the steps necessary to appeal the decision to the proper state courts, including the state supreme court. Only then can this court hear his case.

ORDER

IT IS ORDERED that petitioner Wade Bell may have until December 29, 2015, in which to file a revised motion for a writ of habeas corpus under 28 U.S.C. § 2255, explaining what court ruling he is challenging, why he believes that the ruling is wrong and whether he has given the state courts a full opportunity to rule on his challenge. If no petition is filed by December 29, 2015, this case will be closed.

Entered this 30th day of November, 2015.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge