IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WADE BELL,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 15-cv-649-bbc

ATTORNEY GENERAL OF THE
STATE OF WISCONSIN,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition of Wade Bell for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust his state court remedies.

| /s/ | 2/4/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |